IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY THOMAS, SR., | : |
| Petitioner | : |
| VS. | : CIVIL ACTION NO.: 5:08-CV-87 (CAR) |
| FREDERICK BRIGHT, | : |
| Respondent | : |

## ORDER

Before the Court is petitioner **LARRY THOMAS, SR.'S** notice of appeal from the Court's April 14, 2008 Order, which dismissed his 28 U.S.C.§ 2241 petition without prejudice. The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).

Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in this Court's Order, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

Also before the Court are petitioner's motion for leave to proceed *in forma pauperis* on appeal, which is **DENIED AS MOOT.**

**SO ORDERED**, this 25th day of June, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

lnb